UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
COURT FILE NO.: 12-CV-361 ADM/JJG
_____

SUSANNE POLZIN,

                Plaintiff,

v.

COMMERCIAL RECOVERY                     NOTICE OF VOLUNTARY
SYSTEMS, INC.,                                  DISMISSAL WITH PREJUDICE

                Defendant.
_____

      **NOTICE IS HEREBY GIVEN THAT** the Plaintiff in the above-entitled action voluntarily dismisses this matter with prejudice and on the merits, without costs, disbursements, or attorney's fees to any party and that a judgment of dismissal with prejudice may be entered in the above-entitled action pursuant hereto.

                                      MARTINEAU, GONKO & VAVRECK, PLLC

Dated: April 12, 2012              s/ Mark L. Vavreck                                   .
                                       Mark L. Vavreck, Esq.
                                       Attorney I.D.#0318619
                                       Attorney for Plaintiff
                                       Designers Guild Building
                                       401 North Third Street, Suite 600
                                       Minneapolis, MN 55401
                                       Telephone: (612) 659-9500
                                       Facsimile:  (612) 659-9220